JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHASE,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and MANATT, PHELPS & PHILLIPS, LLP LONG-TERM DISABILITY COVERAGES FOR ALL EMPLOYEES,<br><br>Defendants. | Case No. CV12-9790-DMG (JEMx)<br><br>**ORDER UPON STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE [21]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. CV12-9790-DMG (JEMx)
ORDER UPON STIPULATION TO DISMISS
ENTIRE CASE WITH PREJUDICE